Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

FILED
2025 DEC -9 PM 1:05
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JARVIS J. STUBBLEFIELD<br>c/o Jarvis J. Stubblefield<br><br>Plaintiff(s),<br><br>vs.<br><br>ACOPIA, LLC;<br>FIFTH THIRD BANK;<br>JPMORGAN CHASE BANK, N.A.;<br>and FREDDIE MAC MULTICLASS<br>CERTIFICATES SERIES 5099 TRUST,<br><br>Defendant(s). | CASE NO: 3:25-cv-00753<br><br>JUDGE WAVERLY CRENSHAW, JR.<br><br>**Jury Trial Demanded**<br>**Reserve the Right to Amend**<br>**Requesting Hearing in Equity** |

### NOTICE OF FILING LIS PENDENS

Plaintiff Jarvis J. Stubblefield, pro se, pursuant to T.C.A. § 20-3-101 et seq., hereby files the attached Notice of Lis Pendens concerning real property that is the subject of this litigation. A true and correct copy of the Notice of Lis Pendens, recorded (or to be recorded) in the Register's Office for Sumner County, Tennessee, is attached as Exhibit A.

Respectfully submitted this 9th day of December, 2025.

By: _____
Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing **NOTICE** has been served upon all Defendants by electronic filing, in accordance with the Federal Rules of Civil Procedure including:

On this the 9th of December, 2025.

Katherine R. Rogers (BPR #039382)
BURR & FOREMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3246
Fax: (615) 724-3346
Attorney for Fifth Third Bank, N.A. and
FREDDIE MAC MULTICLASS CERTIFICATES SERIES 5099 TRUST

George J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
georgephillips@phillipsralston.com
Attorney for Acopia, LLC

Joshua J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
joshphillips@phillipsralston.com
Attorney for Acopia, LLC

Carson W. King
Nelson Mullins Riley & Scarborough LLP
1700 Demonbruen Street, Suite 1700
Nashville, TN 37203
carson.king@nelsonmullins.com
Attorney for JP Morgan Chase Bank, N.A.

Respectfully submitted,

By: _____
Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

2025-12-09

# EXHIBIT A
(Notice of Lis Pendens)

# NOTICE OF LIS PENDENS

Notice is hereby given pursuant to T.C.A. § 20-3-101 et seq. of the pendency of the following action now pending in the United States District Court for the Middle District of Tennessee, Nashville Division, which action affects the title to and interest in real property located in Sumner County, Tennessee, described as follows:

Commonly known as:

> 127 Rolling Hills Drive
> Hendersonville, Tennessee 37075

Sumner County Tax Parcel ID: 164L A 00901 000

BEING more particularly described as:

Land in Sumner County, Tennessee, being Lot No. 7-D of the Re-subdivision of Part of Lots Nos. 7 and 8, Cumberland Hills Subdivision, Section J, as shown on plat of record in Plat Book 1, Page 246, and as re-subdivided in Plat Book 11, Page 154, Register's Office for Sumner County, Tennessee, to which plats reference is hereby made for a more complete description.

Case Information: *Jarvis J. Stubblefield v. Fifth Third Bank, its successors and/or assigns, et al.*
Case No. **3:25-cv-00753**
Date Complaint Filed: **July 7, 2025**

The object of said action is to quiet title to the subject property, declare the promissory note and deed of trust void and unenforceable, permanently enjoin any foreclosure sale or collection efforts, and for other relief related to alleged fraud, RESPA violations, and improper servicing practices affecting the above-described property.

See Complaint filed July 7, 2025, for a full statement of the claims and relief sought.

All persons are hereby notified that any transfer, encumbrance, foreclosure sale, or other disposition of the above-described property is taken subject to the outcome of the above-styled litigation and the jurisdiction of the United States District Court for the Middle District of Tennessee.

Dated: December 9, 2025

Respectfully submitted,

By: _____
Jarvis J. Stubblefield
**All Rights Reserved**
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618

2025-12-09