Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

FILED
2026 JUL 31 PM 12:48
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

JARVIS J. STUBBLEFIELD
c/o Jarvis J. Stubblefield

Plaintiff(s),

vs.

ACOPIA, LLC;
FIFTH THIRD BANK;
JPMORGAN CHASE BANK, N.A.;
and FREDDIE MAC MULTICLASS CERTIFICATES SERIES 5099 TRUST,

Defendant(s).

**CASE NO: 3:25-cv-00753**

**Judge**
**WAVERLY CRENSHAW, JR.**

**Magistrate Judge**
**BARBARA D. HOLMES**

**Jury Trial Demanded**
**Reserve the Right to Amend**
**Requesting Hearing in Equity**

## DECLARATION OF JARVIS J. STUBBLEFIELD IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT OUT OF TIME

I, Jarvis J. Stubblefield, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I am over eighteen years of age, and I make this Declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the matters stated below.

2. I am not a registered electronic filer in this Court. I receive all orders and filings in this case by U.S. Mail at 127 Rolling Hills Drive, Hendersonville, Tennessee 37075.

3. I have reviewed the docket in this case. I understand that the entry for the Magistrate Judge's Order signed October 1, 2025 and docketed October 2, 2025 (Doc. 28) states that a copy was sent to the pro se party by regular mail. I do not dispute the docket and I do not suggest that anyone at the Clerk's Office failed to do their job. I state only what I know from my own knowledge: that Order never arrived at my home. It has not arrived to this day.

4. I did receive the Order entered September 30, 2025 (Doc. 27) in the mail at that same address. I disclose this because it is true and because the Court should have the complete picture. I cannot explain why one order reached me and another, signed the following day and sent the same way, did not. What I can say is what Doc. 27 told me: that this case was exempt from initial disclosures and from the requirements of Rule 26(f), and that the Court would enter a scheduling order at the appropriate time. The last thing I had heard from this Court was that a schedule would come later. I had no reason to suspect that an order setting a deadline for me had been entered and had gone astray.

5. I learned that the Order existed on October 21, 2025. I was researching whether to register for PACER, and in the course of that research I located the Order myself through an online docket service. Until that moment I did not know the Order had been entered or that a deadline had been set for me. I filed my objections six days later, on October 27, 2025.

6. I am not asking the Court to reconsider its ruling that those objections were untimely. I describe how I learned of the Order only because Fifth Third has characterized my

conduct during that period as ignoring a clear order of the Court, and I want the Court to know that I was never given the Order to ignore.

7. The Court's Order at Doc. 34 was entered on June 5, 2026. The envelope in which it was mailed to me bears a postmark of June 8, 2026. I received it at my home on the evening of June 11, 2026. I write the date of receipt on each item of mail I receive in this case as it arrives, and I did so on this envelope. I have retained the envelope and submit it as Exhibit A.

8. On April 14, 2026, I was involved in a motor vehicle accident in Hendersonville, Tennessee. Two vehicles were involved at the intersection of Bonita Parkway and Cumberland Hills Dr. I did not seek emergency care that day because I did not feel the full effects of the accident until later. By the following day I did, and on April 15, 2026 I was treated in the emergency department at TriStar Hendersonville Medical Center.

9. As a result of the accident I sustained injuries to my lower back, neck, and elbow. I was prescribed muscle relaxers and anti-inflammatory medication, to be taken as needed, and I took them for approximately five to six weeks following the accident. I was seen by a nurse practitioner at Sport Ortho Urgent Care on May 4, 2026. I began physical therapy on May 12, 2026, and my treatment is ongoing as of the date of this Declaration. Attached as Exhibit D is a record from my provider listing each visit I have attended.

10. My physical therapy is not limited to visits to the clinic. I have been prescribed a home exercise program that I am required to perform every day, and more than once on some days. I have also been instructed that when I am in pain I am to stop whatever I am doing and perform additional exercises until the pain subsides. Since May 12, 2026 this has

been a daily interruption of my work and of everything else I do, including the preparation of the amended complaint.

11. The vehicle I was driving was declared a total loss. Attached as Exhibit C is the Insurance Estimate where my vehicle was marked as a "total loss". It was the only vehicle in my household and I have not been able to replace it. Since April 14, 2026, I have relied on a spare vehicle belonging to a neighbor, which is available to me only when my neighbor does not need it.

12. I am not a registered electronic filer in this Court. Every document I file must be delivered to the Clerk's Office in Nashville or placed in the mail. I live in Hendersonville and drive into Nashville to file. Since losing my vehicle, making that trip has depended on the availability of a vehicle I do not own — as have my own physical therapy appointments and those of my daughter, whose concurrent course of physical therapy I also transport her to and help manage.

13. I am self-employed through Vortex Revolutions, LLC, and I am the only source of income for my household, which consists of seven people, including four minor children. I have no employer, no paid leave, and no colleague to whom my work can be shifted. I also have no attorney, no co-plaintiff, and no other person who prepares filings in this case. Throughout the period described above I continued to work to support my family while attending physical therapy, arranging transportation, and preparing the amended complaint the Court ordered.

14. I did not ignore the Court's Order. I began work on the amended complaint after receiving it and worked on it as my circumstances permitted. I understood the Order to require a complete, self-contained pleading stating separately what each of the four Defendants is

alleged to have done, and I did not want to submit a document that failed that instruction a second time. The original complaint took me months to prepare. Rebuilding it from the ground up, in a form complete in itself, took me longer than fifteen days. I am not questioning the Court's deadline. I am explaining, truthfully, why I did not meet it.

15. In preparing the First Amended Complaint I reviewed the documents produced by Defendants and the documents of record, and I removed from the pleading every claim I concluded I could not state with the specificity the Court required. The resulting pleading is shorter than the original and states each remaining count against specifically identified Defendants.

16. I did not seek any extension of the deadline before it passed. I did not do so because I did not understand at the time that I was required to ask the Court in advance rather than filing as soon as I was able. That was my mistake, and it was not made in an effort to gain any advantage in this case.

17. I have gained no benefit of any kind from the delay. Foreclosure of my home has been stayed since I recorded the Notice of Lis Pendens in the Register's Office of Sumner County, Tennessee, at Instrument No. 1535399, and I noticed that filing with this Court at Doc. 33. My interest is in having this case decided, not in postponing it.

18. I have filed the First Amended Complaint together with this Declaration and the accompanying Motion, at the first point at which the pleading was complete.

19. I understand that the deadlines set by this Court are obligations and not suggestions. When mail in this case arrives, I write the date of receipt on it and begin work on whatever it requires immediately, or the following morning if it arrives late in the day. That practice did not prevent what happened here, because the problem was not when I

began work, it was when, and whether, this Court's orders reached me at all. I will do my best to operate within the timelines this Court sets, and if I find myself at risk of missing a deadline, I will ask the Court for leave before the deadline passes rather than waiting until I am able to file.

20. I have also asked the Court, by separate motion filed with this Declaration, for permission to register as a CM/ECF Filing User so that I receive orders on the day they are entered rather than by mail. I am asking for electronic notice because both of the delays in this casae came through the mail, and I would rather fix the cause than explain it again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of July, 2026.

By: ______________________

2026-07-31

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

# EXHIBIT A

(Postmarked Envelope with "RCVD" Notation)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
719 CHURCH STREET, SUITE 1300
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

NASHVILLE TN 370
8 JUN 2026 PM 4 L

RCVD
2026-06-11

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, TN 37075

37075$9999

# EXHIBIT B

(Emergency Room Visit Summary)

Hendersonville Medical Center

Patient: [illegible]
Acct Num: [redacted]
Med Rec Num:
Location: EMERGENCY DEPARTMENT
Primary Provider: Magoun, Joseph R
Date: [illegible]

# Patient Visit Information

## You were seen today for:

MVC (motor vehicle collision)

## Your caregivers today were:

**Primary Provider:** Joseph R Magoun , MD
**Midlevel Provider:** Larisa K Hellgren , PA

## Patient Instructions:

Received with this packet on 04/15/26 at 20:15
Back Sprain or Strain
Motor Vehicle Accident: General Precautions

[redacted]

# EXHIBIT C

(Estimate of Record from Nationwide

reflecting vehicle as a total loss)

[redacted]

# NATIONWIDE MUTUAL INSURANCE COMPANY

^ Tennessee - Southeast Market

Email supplement requests to: NATIONWIDE-CLAIMS@NATIONWIDE.COM and enter the claim number in the subject line

PO Box 182068
Columbus, OH 43218
Phone: (833) 369-2567 x10799

Claim #: [redacted]
Workfile ID:

## Estimate of Record

Written By: BRENT REESER, 4/20/2026 12:49:28 PM
Adjuster: Reeser, Brent, (833) 369-2567 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | ERICK [redacted] | Owner Policy #: | | Claim #: | [redacted] |
| Type of Loss: | PD - Property Damage | Date of Loss: | 04/14/2026 07:00 PM | Days to Repair: | 0 |
| Point of Impact. | 09 Left T-Bone (Left Side) | Deductible: | | | |

| Owner (Claimant): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| JARVIS STUBBLEFIELD<br>127 ROLLING HILLS DR<br>HENDERSONVILLE, TN<br>37075-4347<br>(615) 974-6618 Cellular<br>JARVIS@VORTEXREVOLUTIONS.COM | 127 ROLLING HILLS DR<br>HENDERSONVILLE, TN<br>37075-4347<br>Virtual | nationwide-claims@nationwide.com<br>(833) 369-2567 x10799 | |

## VEHICLE

2017 NISS NV Passenger SL 3D VAN 8-5.6L Gasoline Sequential MPI WHITE

| | | | | | |
|---|---|---|---|---|---|
| VIN: | [redacted] | Production Date: | 07/2017 | Interior Color: | Beige |
| License: | [redacted] | Odometer: | [redacted] | Exterior Color: | WHITE |
| State: | TN | Condition: | | | |

**Redacted**

Claim #: [redacted]
Workfile ID:

# Estimate of Record

2017 NISS NV Passenger SL 3D VAN 8-5.6L Gasoline Sequential MPI WHITE

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|
| 1 | # | ****Vehicle a total loss**** | | 1 | | | |



# EXHIBIT D

(Physical Therapy Visit Record)

# View Patient Appointments

Show all details | Show all provider groups | Print upcoming appointments

## Provider Group TN - SOUC - Sport Ortho Urgent Care Cancel multiple appointments

| Date/Time ▼ | Status | Department | Provider | Type | |
|---|---|---|---|---|---|
| August 6, 2026 02 00 PM | f filled Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_Staton_J | Physical Therapy, 60 min Show details | cancel reschedule |
| August 4, 2026 02:00 PM | f filled Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_Staton_J | Physical Therapy, 60 min Show details | cancel reschedule |
| July 30, 2026 03:00 PM | f filled Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | cancel reschedule |
| July 28, 2026 02:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| July 16, 2026 11 00 AM | x cancelled: RESCHEDULED Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | reschedule |
| July 9, 2026 03:00 PM | x cancelled: RESCHEDULED Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | reschedule |
| July 7, 2026 10.30 AM | x cancelled: RESCHEDULED Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | Follow Up, 15 min | reschedule |
| July 7, 2026 02 30 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | Follow Up, 15 min Show details | |
| July 7, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 26, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 24, 2026 | 4 claim created | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min | |

| | | | | | |
|---|---|---|---|---|---|
| 01:00 PM | Audit history | | | Show details | |
| June 23, 2026 11:00 AM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | Follow Up, 15 min Show details | |
| June 23, 2026 01 30 PM | x cancelled: APPOINTMENT MOVED Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | Follow Up, 15 min | reschedule |
| June 19, 2026 08:00 AM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_Staton_J | Physical Therapy, 60 min Show details | |
| June 18, 2026 03:00 PM | x cancelled: RESCHEDULED Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_Staton_J | Physical Therapy, 60 min Show details | reschedule |
| June 16, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 11, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 9, 2026 01:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 4, 2026 04 00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| June 2, 2026 01:30 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | Follow Up, 15 min Show details | |
| May 28, 2026 05:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| May 21, 2026 11:00 AM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| May 19, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy, 60 min Show details | |
| May 12, 2026 03:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_PT_See_D | Physical Therapy Evaluation, 120 min Show details | |
| May 4, 2026 01:00 PM | 4 claim created Audit history | TN_SOUC_Hendersonville Office | TN_SOUC_ORTHO_Emholz | New Patient, 30 min Show details | |

## Appointment Cancellation History

| Department | Rescheduled | Provider Unavailable | No-Show | Other |
|---|---|---|---|---|
| TN_SOUC_Hendersonville Office | 5 | 0 | 0 | 0 |

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon all Defendants by electronic filing, in accordance with the Federal Rules of Civil Procedure including:

On this the 31st of July, 2026.

Katherine R. Rogers (BPR #039382)
BURR & FOREMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3246
Fax: (615) 724-3346
Attorney for Fifth Third Bank, N.A. and
FREDDIE MAC MULTICLASS CERTIFICATES SERIES 5099 TRUST

George J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
georgephillips@phillipsralston.com
Attorney for Acopia, LLC

Joshua J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
joshphillips@phillipsralston.com
Attorney for Acopia, LLC

Carson W. King
Nelson Mullins Riley & Scarborough LLP
1700 Demonbruen Street, Suite 1700
Nashville, TN 37203
carson.king@nelsonmullins.com
Attorney for JP Morgan Chase Bank, N.A.

Respectfully submitted,

By: ____________________

2026-07-31

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se