Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

FILED

2026 SEP -2 PM 2:36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| JARVIS J. STUBBLEFIELD<br>c/o Jarvis J. Stubblefield<br><br>Plaintiff(s),<br><br>vs.<br><br>ACOPIA, LLC;<br>FIFTH THIRD BANK;<br>JPMORGAN CHASE BANK, N.A.;<br>and FREDDIE MAC MULTICLASS<br>CERTIFICATES SERIES 5099 TRUST,<br><br>Defendant(s). | **CASE NO: 3:25-cv-00753**<br><br>**Judge**<br>**WAVERLY CRENSHAW, JR.**<br><br>**Magistrate Judge**<br>**LYNDA M. HILL**<br><br>**Jury Trial Demanded**<br>**Reserve the Right to Amend**<br>**Requesting Hearing in Equity** |

## SUPPLEMENTAL DECLARATION OF JARVIS J. STUBBLEFIELD

I, Jarvis J. Stubblefield, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action. I make this declaration from personal knowledge to supplement my Declaration filed July 31, 2026 (Doc. 43), and in support of my Motion for Leave to File Consolidated Reply Out of Time.

2. I am not registered for the Court's CM/ECF system. I receive filings in this case only by U.S. mail at 127 Rolling Hills Drive, Hendersonville, Tennessee 37075. My motion for permission to file electronically (Doc. 40) was filed July 31, 2026 and remains pending.

3. On August 9, 2026, I traveled with my family to Panama City Beach, Florida, approximately 400 miles from my home, for an annual family trip that was planned in 2025. I remained away until August 19, 2026.

4. On August 12, 2026, I sought emergency care in Panama City Beach and underwent an emergency appendectomy at Ascension Sacred Heart Bay. I was discharged within approximately twenty-four hours of admission. My recovery continued through the remainder of the trip and continues as of the date of this declaration. Records of the surgery are available, and I will provide them to the Court under seal on request.

5. I returned home at approximately 11:00 p.m. on August 19, 2026. Because of the late hour, I did not review the mail that had accumulated during my absence until August 20, 2026. It included JPMorgan's response in opposition (Doc. 44, postmarked August 8), Fifth Third's reply in support of its motion to dismiss (Doc. 45, postmarked August 7), and Acopia's response in opposition (Doc. 48, postmarked August 10). My practice is to write the date of receipt on the envelope of each document I receive in this case. I wrote August 20, 2026, the date I first reviewed them, on each of these envelopes, with a notation that I had been away when they arrived.

6. Fifth Third's response in opposition (Doc. 49) has not arrived by mail as of the date of this declaration, nineteen days after it was filed. I learned that it existed on August 25, 2026, when I reviewed the docket, and I obtained a copy through PACER that day. Its

certificate of service states that it was served "by means of regular U.S. mail and/or filing using the electronic filing system of the Court."

7. The following table lists the orders and filings served on me by mail in this case since October 2025 and the date each reached me:

| **Docket entry** | **Filed** | **Received by Plaintiff** |
|---|---|---|
| Doc. 28 (Order) | Oct. 1, 2025 | Never received by mail. Discovered by me on the docket Oct. 21, 2025. |
| Doc. 34 (Order) | June 5, 2026 | June 11, 2026 |
| Doc. 44 (JPMorgan resp.) | Aug. 7, 2026 (postmarked Aug. | In accumulated mail; first reviewed Aug. 20, 2026, the day after my return |
| Doc. 45 (Fifth Third reply) | Aug. 7, 2026 (postmarked Aug. | In accumulated mail; first reviewed Aug. 20, 2026, the day after my return |
| Doc. 48 (Acopia resp.) | Aug. 10, 2026 (postmarked Aug. | In accumulated mail; first reviewed Aug. 20, 2026, the day after my return |
| Doc. 49 (Fifth Third resp.) | Aug. 14, 2026 | Not received as of Sept. 2, 2026. Obtained through PACER Aug. 25, 2026. |

8. On August 26, 2026, before business hours, I emailed counsel for all Defendants describing the circumstances above and asking whether their clients opposed this Motion. Counsel for each Defendant responded that their clients oppose it.

9. I began work in earnest on the proposed First Amended Complaint (Doc. 41-1) on June 14, 2026, three days after I received the Court's June 5 Order, and continued that work until the pleading was filed on July 31, 2026. That work was underway more than five weeks before Fifth Third filed its motion to dismiss on July 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of September, 2026, at Hendersonville, Tennessee.

By: ______________________

2026-09-02

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon all Defendants by electronic filing, in accordance with the Federal Rules of Civil Procedure including:

On this the 2nd of September, 2026.

Katherine R. Rogers (BPR #039382)
BURR & FOREMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3246
Fax: (615) 724-3346
Attorney for Fifth Third Bank, N.A. and
FREDDIE MAC MULTICLASS CERTIFICATES SERIES 5099 TRUST

George J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
georgephillips@phillipsralston.com
Attorney for Acopia, LLC

Joshua J. Phillips
Phillips Ralston
1000 Kennesaw Blvd.
Gallatin, TN 37066
joshphillips@phillipsralston.com
Attorney for Acopia, LLC

Carson W. King
Nelson Mullins Riley & Scarborough LLP
1700 Demonbruen Street, Suite 1700
Nashville, TN 37203
carson.king@nelsonmullins.com
Attorney for JP Morgan Chase Bank, N.A.

Respectfully submitted,

By: ______________________
2026-09-02

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, Tennessee 37075
(615) 974-6618
jarvis@vortexrevolutions.com
pro se