**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **JARVIS J. STUBBLEFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:25-cv-0753** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ACOPIA, LLC; FIFTH THIRD BANK, JPMORGAN CHASE BANK, N.A.; and FREDDIE MC MULTICLASS CERTIFICATES SERIES 5099 TRUST** | ) ) ) ) | |
| | ) | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE

Attorney Woods Drinkwater, with the law firm of Nelson Mullins Riley & Scarborough LLP, hereby files this Notice of Appearance as counsel of record for Defendant JPMorgan Chase Bank, N.A., and requests that he be noticed on all pleadings, documents and hearings at the address below:


Woods Drinkwater (BPRN 33838)
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5300
Fax: (615) 664-5399
woods.drinkwater@nelsonmullins.com


Dated: September 16, 2026

Respectfully submitted,


*/s/ Woods Drinkwater*
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1222 Demonbreun Street, Ste 1700
Nashville, TN 37203
Carson W. King (BPRN 34305)
Woods Drinkwater (BPRN 33838)
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
615.664.5300
carson.king@nelsonmullins.com

woods.drinkwater@nelsonmullins.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served via the Court's CM/ECF system and U.S. Mail to the following:

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, TN 37075
*Pro se Plaintiff*

George J. Phillips
SPENCER FANE, LLP
100 Bluegrass Commons Blvd., Ste 2370
Hendersonville, TN 37075
georgephillips@phillipsralston.com
*Attorney for Acopia, LLC*

Joshua J. Phillips
PHILLIPS RALSTON
1000 Kennesaw Blvd.
Gallatin, TN 37066
joshphillips@phillipsralston.com
*Attorney for Acopia, LLC*

Katherine R. Rogers (BPR #039382)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
krogers@burr.com
*Attorney for Defendant Fifth Third Bank, N.A*

Dated: September 16, 2026

*/s/ Woods Drinkwater*
Woods Drinkwater