IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JARVIS J. STUBBLEFIELD<br><br>Plaintiff,<br><br>vs.<br><br><br>ACOPIA, LLC;<br>FIFTH THIRD BANK;<br>JP MORGAN CHASE;<br>and FREDDIE MAC MULTICLASS<br>CERTIFICATES SERIES 5099 TRUST<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 3:25-cv-00753<br><br>JUDGE<br>WAVERLY CRENSHAW, JR.<br><br>MAGISTRATE JUDGE<br>LYNDA M. HILL |

**DEFENDANT ACOPIA, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY OUT OF TIME AND TO EXCEED PAGE LIMIT**

Defendant Acopia, LLC ("Acopia"), by and through counsel, joins in and adopts the arguments asserted by Defendants Fifth Third Bank, N.A. [ECF No. 53] and JPMorgan Chase Bank, N.A. [ECF 52] in opposition to Plaintiff's Motion for Leave to File Consolidated Reply Out of Time and to Exceed Page Limit [ECF No. 51].

A reply brief under Local Rule 7.01(a)(4) is permissive rather than mandatory, and the Court is capable of resolving Plaintiff's Motion for Leave to File First Amended Complaint Out of Time [ECF No. 41] based upon the existing briefing. Plaintiff has not demonstrated that additional briefing is necessary, much less that leave should be granted to file an untimely reply exceeding the page limits established by the Local Rules.

Moreover, Acopia continues to incur attorneys' fees, litigation costs, and management time responding to Plaintiff's repeated requests for relief from deadlines that he has failed to meet. Although Acopia has no present interest in the subject loan or the property at issue, it

remains required to expend resources defending against claims that should not proceed against it.

On July 28, 2025, Acopia filed its Motion to Dismiss for Lack of Standing and Disclaimer of Interest [ECF No. 9], in which it stated that it transferred all interest in the Note and Deed of Trust on February 26, 2021 shortly after the loan was originated and disclaimed any interest in the Note, Deed of Trust, or property. Magistrate Judge Barbara Holmes denied the motion without prejudice and directed Plaintiff to file a First Amended Complaint by November 3, 2025, at which time Acopia would be permitted to renew its motion. [ECF No. 28]. Rather than filing an amended complaint by the Court-imposed deadline, Plaintiff waited nearly nine months past the deadline, until July 31, 2026, to file his Motion for Leave to File First Amended Complaint Out of Time [ECF No. 41]. Acopia opposed that request for the reasons set forth in its Response filed on August 10, 2026 [ECF No. 48].

This litigation has already been prolonged substantially by Plaintiff's repeated failure to comply with deadlines and court orders. Acopia has been forced to continue participating in this litigation despite having no current interest in either the loan or the property. The continued cycle of missed deadlines, requests for extensions, and requests for leave to file out of time has imposed unnecessary costs and burdens on Acopia and the other parties.

For all the foregoing reasons, and for the reasons asserted by Defendants Fifth Third Bank, N.A. and JPMorgan Chase Bank, N.A., Acopia respectfully requests that the Court deny Plaintiff's Motion for Leave to File Consolidated Reply Out of Time and to Exceed Page Limit [ECF No. 51], deny Plaintiff's Motion for Leave to File First Amended Complaint Out of Time [ECF No. 41], and grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ George J. Phillips*
GEORGE J. PHILLIPS (No. 13916)
JOSHUA J. PHILLIPS (No. 25636)
PHILLIPS | RALSTON
1000 Kennesaw Blvd.
Gallatin, Tennessee 37066
(615) 452-8030
georgephillips@phillipsralston.com

*Attorneys for Defendant Acopia, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, that a true and exact copy of the foregoing was filed electronically with the Court's CM/ECF system. Parties who are registered CM/ECF users will be served by the CM/ECF system. I further certify that a copy was served on the Plaintiff, Jarvis. J. Stubblefield, by U.S. mail:

Jarvis J. Stubblefield
127 Rolling Hills Drive
Hendersonville, TN 37075
*Pro se Plaintiff*

Carson W. King
NELSON MULLINS RILEY & SCARBOROUGH LLP
1700 Demonbreun Street, Suite 1700
Nashville, TN 37203
Carson.king@nelsonmullins.com

Woods Drinkwater
NELSON MULLINS RILEY & SCARBOROUGH LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
woods.drinkwater@nelsonmullins.com
*Attorneys for JPMorgan Chase Bank, N.A.*

Katherine R. Rogers
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
krogers@burr.com

*Attorney for Defendant Fifth Third Bank, N.A.*

*/s/ George J. Phillips*
GEORGE J. PHILLIPS